

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

MAR - 1 2007

J.T. NOBLIN, CLERK
By_____ Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**WHITE**                                                                               **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 1:04cv396-JMR**

**LEFLEUR, et al**                                                            **DEFENDANT**

### ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the

Court being desirous that this matter be finally closed on its docket,

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to all

parties. If any party fails to consummate this settlement within (20) days , any aggrieved party may

reopen the case for enforcement of the settlement agreement within ten days, and if successful , all

additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties

against the party failing to consummate the agreement, The Court specifically retains jurisdiction to

enforce the settlement agreement.

SO ORDERED, this the 1st day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE